IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BILLIE QUINN and ERIKA L. BROWN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOTAL SYSTEM SERVICES, INC., a Delaware corporation; TOTAL SYSTEM SERVICES, LLC, a Delaware limited liability company; and GLOBAL PAYMENTS INC., a Georgia corporation,<br><br>Defendants. | Case No. 1:20-cv-04685-ELR |

## **DECLARATION OF RACHEL BERLIN BENJAMIN**

1.  My name is Rachel Berlin Benjamin. I am counsel for Plaintiffs and a senior partner in the law firm of Buckley Beal, LLP.

2.  All statements in this declaration are made based upon my personal knowledge.

3.  I am submitting this Declaration in Support of the Parties' Joint Motion to Reopen Case and for Approval of Settlement.

4.  I am an attorney admitted to practice law in Georgia and New York. I

1

am also admitted to practice before the Eleventh Circuit Court of Appeals, the United States District Courts for the Northern District of Georgia, the Middle District of Georgia, and the Southern District of Georgia, as well as the Southern, Eastern, and Western Districts of New York. I am admitted in good standing in all of the above-listed courts and have never been the subject of any disciplinary proceedings. I am a member of the State Bar of Georgia, the Atlanta Bar Association, the National Employment Lawyers Association, and Georgia NELA.

5. I received my J.D. degree, *magna cum laude*, from Pace Law School in May 2009 and was admitted to practice in New York the following year.

6. I joined Buckley Beal, LLP as an associate in May 2014, was promoted to partner in June 2016, and earned senior partner status in January 2021. Before joining Buckley Beal, LLP, I was an associate at a boutique law firm in New York for two years, where I represented plaintiffs in employment actions, including in individual and class and collective actions in federal courts across the country. Before working there, I was an Assistant District Attorney in Bronx, New York.

7. Buckley Beal, LLP provides litigation, arbitration, trial, and mediation services related to labor and employment matters as well as business disputes. I currently have an active federal court litigation practice, which focuses primarily on employment and civil rights law.

8. During the last 7 years, I have represented many hundreds of employees in a variety of employment and civil rights related disputes, including, but not limited to, sexual harassment, discrimination claims based on race, age, gender, religion, national origin, disability, retaliation, and FLSA cases.

9. I have litigated numerous employment disputes, tried civil and criminal cases before juries, and taken and defended depositions.

10. I am competent to form an opinion concerning the range of rates and fees available for employment-related and civil rights litigation in federal district court cases in Georgia.

11. Buckley Beal, LLP's regular business practice is to maintain records of legal fees and expenses incurred during the course of litigation matters. I have reviewed the records maintained in association with this matter for purposes of establishing the amount and reasonableness of the legal fees and expenses to date.

12. My current hourly rate is $475 per hour. In addition to my contingent-fee based plaintiff's side employment cases, I do a significant amount of work on an hourly basis in matters such as employment discrimination cases, severance negotiations and disputes over restrictive covenants. When I perform hourly work, I routinely charge and receive payment at my hourly rate of $475 per hour. I charge the same hourly rate to my hourly-paying clients as I am requesting to be awarded

for my work on this case.

13. Greg Lash and Fatisha Martinez are certified paralegals in our firm. They are concise in their work and are trained to pay great attention to detail. We bill their time at $150 per hour.

14. In my opinion, the rates charged and the amount of time spent by Buckley Beal, LLP in association with this matter was reasonable and customary for the various specific tasks and was reasonable and customary for the complexity of the issues involved in this litigation.

15. Buckley Beal, LLP has spent 19.9 hours in this litigation and has incurred $6,625.00 in legal fees to date in prosecuting this matter.

16. Based on my experience and knowledge of the reasonable rates of similarly qualified attorneys in the Atlanta metropolitan area, I believe this amount is fair and proper given that Buckley Beal, LLP undertook to prosecute this action without any assurance of payment, litigating this case on a wholly contingent basis in the face of tremendous risk.

***********************

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of September, 2021.

                                                            _____
                                                            Rachel Berlin Benjamin